```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:11-CR-399 |
| Plaintiff, ) | |
| ) | ORDER TO **UNSEAL** INDICTMENT |
| v. ) | |
| ) | |
| TYRONE JOSEPH JOHNSON, JR., ) | |
| Defendant. ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: NOV 18, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | ELANA S. LANDAU |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case NO. 1:11-CR-399 |
| Plaintiff, | ) | |
| | ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. | ) | |
| | ) | |
| TYRONE JOSEPH JOHNSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011      /s/ Elana S. Landau
                             By: Elana S. Landau
                             Assistant United States Attorney

1