ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TYRONE JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-399 AWI |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| TYRONE JOHNSON, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for April 23, 2012, be continued to May 14, 2012 at 1:00 p.m.

This continuance is necessitated as the government is still awaiting a transcript of the sub rosa videos pertaining to the charged offenses. The government anticipates that the transcripts will be completed by April 30, 2012. The additional time is needed for defense counsel to analyze the accuracy of said transcripts. Further, defense investigation is ongoing.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 19, 2012              /s/ Elana Landau_____
                                   **ELANA LANDAU**
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Landau via email on April 18, 2012**

1

DATED: April 19, 2012          /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
TYRONE JOHNSON

ORDER

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 23, 2012 to, and including, May 14, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated: April 19, 2012**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE