ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TYRONE JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-399 DLB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| TYRONE JOHNSON, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for May 14, 2012, be continued to June 11, 2012 at 1:00 p.m.

This continuance is necessitated as the government is still awaiting a transcript of the sub rosa videos pertaining to the charged offenses. As previously represented to the court by the parties, the government anticipated a completion date of April 30, 2012. The government is optimistic that the transcripts will be received this week. However, it is anticipated that it will be necessary for the defense to conduct independent evaluation of the audio tract of the videos. The requested date should be sufficient for the defense to complete its analysis and investigation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

DATED: May 9, 2012 /s/ Elana Landau
**ELANA LANDAU**
Assistant United States Attorney
**This was agreed to by Ms. Landau via telephone on May 9, 2012**

DATED: May 9, 2012 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
TYRONE JOHNSON

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated: May 10, 2012** /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE